In the Matter of the Examination of the Defendant in Proceedings Supplementary to Execution in an Action Entitled: John Eichler Brewing Co., Respondent, v. Philip M. Senk, Appellant, and Others, Defendants.— Order of the County Court of Dutchess county affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Rich, Kelly, Jaycox and Manning, JJ., concur.

In the Matter of the Petition of The People's Trust Company to Render and Settle Its Accounts as Temporary Administrator, etc., of Martha M. Brasher, Deceased, Respondent. Herbert C. Smith and Others, Executors, etc., Appellants. — Decree of the acting surrogate of Kings county modified by reducing the allowance made for fees to the counsel for the temporary administrator to the sum of $5,013.94, and as so modified, the decree is affirmed, without costs to either party. No opinion. Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ., concur.

In the Matter of the Application of Theodore Reisig, Respondent, for Payment of Award, etc., in Proceedings to Open and Extend Bliss Street, etc., in the Borough of Queens, etc., City of New York. The City of New York and Another, Appellants.— Order reversed, without costs, and proceedings remitted to the Special Term for disposition pursuant to Greater New York charter, section 981.* Where in a street opening proceeding an award for land taken is made to unknown owners and such award is confirmed by decree of the court, the court has no power to alter the decree or change the adjudication as to ownership, save in conformity to the statute which requires evidence before the court or a referee of the facts alleged in the petition. (*Matter of City of New York* [*Public Park*], 136 App. Div. 654; *Matter of City of New York* [*Carroll Street*], 137 id. 39; *Matter of City of New York* [*Ralph Avenue*], N. Y. L. J. May 12, 1911; *Matter of Lincoln Avenue*, Id. March 7, 1906; *Matter of Sewerage District, No. 43, etc.*, Id. Dec. 3, 1921; *Matter of 57th Street* [*Ayers*], Id. March 12, 1915; *Matter of Erasmus Street* [*Garrity*], Id.) Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

In the Matter of the Adoption of Dorothea Margarette Tetley and Florence Isabelle Tetley, Infants, etc., by Joseph H. Toner.— Order of the County Court of Kings county modified by striking therefrom the last paragraph, which imposes conditions upon the adoption; and as modified affirmed, without costs. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Manning, JJ., concur.

* See Laws of 1901, chap. 466, § 981, as added by Laws of 1915, chap. 606. — [Rep.